173

No. 67899.—Barbera Bros. et al. *v.* United States, protests 62/12067(B), etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of milliammeters or volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G.L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

No. 67900.—Nordlight, Inc. *v.* United States, protest 62/16445 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiff was sustained.

No. 67901.—Kanematsu New York, Inc. *v.* United States, protests 62/5283, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of milliammeters or volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.